NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1775

TAMMY GAIL DOSS-TYLER

VERSUS

ROBERT EARL TYLER

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 64,604
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED AS AMENDED.

Scott Westerchil
Attorney at Law
101 South First Street
Leesville, LA 71446
(337) 239-9076
Counsel for: Defendant/Appellee
Robert Earl Tyler

Bradley O'Neal Hicks
Dowden & Hicks
116 East Lula Street
Leesville, LA 71446
(337) 238-2800
Counsel for: Plaintiff/Appellant
Tammy Gail Doss-Tyler